PARKER, DEMANDANTE Y APELADO, *v.* OLLER, DEMANDADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso de desahucio en precario.

MOCIÓN de. la parte apelada para que se desestime la apelación y moción de la parte apelante para que se le permita radicar la transcripción de autos.

No. 1241.—Resuelto en noviembre 27, 1914.

DESESTIMACIÓN DE APELACIÓN—TRANSCRIPCIÓN DE AUTOS RADICADA DESPUÉS DE NOTIFICADA LA MOCIÓN.—Procede la desestimación de una apelación cuando la transcripción de autos ha sido radicada después de la fecha en que fué notificada la moción sobre desestimación de la apelación.

Los hechos están expresados en la resolución.
Abogado del apelado: *Sr. O. M. Wood.*
Abogado del apelante: *Sr. Artemio P. Rodríguez.*

RESOLUCIÓN.

POR CUANTO, la Corte de Distrito de San Juan, Sección Primera, con fecha 24 de septiembre de 1914, dictó sentencia en este caso la cual fué apelada por el demandado el 29 del mismo mes, sin que se haya presentado para su aprobación proyecto de exposición del caso.

POR CUANTO, la parte apelada ha solicitado la desestimación de esta apelación por no haberse radicado en este tribunal la transcripción de autos a pesar de haber expirado el término .para ello, sin que se haya pedido prórroga al-

guna, cuya moción de desestimación fué radicada en este tribunal el 16 de noviembre corriente y notificada a la parte contraria el mismo día, habiéndose señalado su vistá para el 23 de noviembre corriente.

POR CUANTO, la parte apelante el mismo día 23 del corriente radicó la transcripción de autos compuesta de nueve páginas escritas en maquinilla, y momentos antes del acto de la vista radicó una moción acompañada de una declaración jurada en la cual alega como motivos para no haber presentado oportunamente dicha transcripción ocupaciones preferentes del taquígrafo de la corte inferior que impidieron a éste preparar oportunamente el récord y además la circunstancia de haberse copiado la transcripción con error consistente en haberse incluído una sentencia que no era la del caso, por todo lo cual pide a este tribunal que se le admita la transcripción de autos y se desestime la moción de desestimación del recurso.

POR CUANTO, de acuerdo con la jurisprudencia sentada en el caso de *Diez* v. *Vélez et al.,* 16 D. P. R., 851, y el artículo 58 del reglamento de este tribunal, procede la desestimación de una apelación cuando la transcripción ha sido radicada después de la fecha en que fué notificada la moción sobre desestimación de la apelación.

POR TANTO, vistos los artículos 299, enmendado por Ley No. 70 de marzo 9, 1911, y 303 del Código de Enjuiciamiento Civil, y 40, 58 y 60 del reglamento de este tribunal, se desestima la apelación interpuesta por el demandado José Oller Díaz contra la sentencia dictada por la Corte de Distrito de San Juan, Sección Primera, el 24 de septiembre de 1914, y comuníquese al tribunal sentenciador a los efectos procedentes.

> *Desestimada la apelación y denegada la moción del apelante.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.